```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION


PENNY C. SIDWELL,                    )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )    Case No. 2:04 CV 84 DDN
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of Social Security,     )
                                     )
          Defendant.                 )
```

### ORDER

**IT IS HEREBY ORDERED** that, upon the amended motion of plaintiff Penny C. Sidwell for attorney's fees (Doc. 23), plaintiff's counsel shall provide the court with more information about the fees sought, including the hourly fee and the hours spent working on the case.

_/s/ David D. Noce_
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 18, 2006.